UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| | |
|---|---|
| **ROYAL GOVERNMENT OF CAMBODIA**<br>　　　　　　　　　　**Plaintiff,**<br>　v.<br>**UNITED STATES,**<br>　　　　　　　　　　**Defendant.** | **S U M M O N S**  25-cv-000173 |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ʼ 1581(c) to contest the determination described below.

　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

1.　Royal Government of Cambodia, is a foreign government that participated in the underlying proceeding
　　(Name and standing of plaintiff)

2.　Plaintiff challenges aspects of the U.S. Department of Commerce final decision, *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,792 (Depʼt of Commerce June 24, 2025)
　　(Brief description of contested determination)

3.　June 17, 2025
　　(Date of determination)

4.　June 24, 2025
　　(If applicable, date of publication in Federal Register of notice of contested determination)

　　　　　　　　　　　　　　　　　　Name, Address, Telephone Number
　　　　　　　　　　　　　　　　　　and E-mail Address of Plaintiff's Attorney

/s/ Mark B. Lehnardt　　　　　　　　　　Mark B. Lehnardt
Signature of Plaintiff's Attorney　　　　　Davis & Leiman, PLLC
　　　　　　　　　　　　　　　　　　1025 Connecticut Ave., N.W., Ste.1012
July 24, 2025　　　　　　　　　　　　Washington, D.C. 20036
　　Date　　　　　　　　　　　　　　t-202.642.4850; e-MLehnardt@DLTrade.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)