FORM 5

## UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| PLAINTIFF:<br>**Royal Government of Cambodia** |
|---|
| **ATTORNEY** (*Name, Address, Telephone No.*):<br>**Mark B. Lehnardt, Davis & Leiman, PLLC**<br>**1025 Connecticut Ave., N.W., Ste.1012**<br>**Washington, D.C.  20036**<br>**t-202.642.4850** |

---

**CONSTITUTIONAL ISSUE - 28 U.S.C. ˙ 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]

---

### J U R I S D I C T I O N

**28 U.S.C. ˙ 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. ˙ 1515**

[ ] Appraisal    [ ] Classification    [ ] Charges or Exactions    [ ] Vessel Repairs
[ ] Exclusion    [ ] Liquidation    [ ] Drawback
[ ] Refusal to Reliquidate    [ ] Rate of Duty    [ ] Redelivery

**28 U.S.C. ˙ 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. ˙ 1516**

[ ] Appraisal    [ ] Classification    [ ] Rate of Duty

**28 U.S.C. ˙ 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. ˙1516a**   (*Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause **19 USC 1516a(a)(2)(B)(i)**        Agency **Department of Commerce**

**Federal Register** Cite(s) **90 Fed. Reg. 26,791 (Dep't of Commerce June 24, 2025)**

Product(s)

**28 U.S.C. ˙ 1581(d) - Trade Act of 1974 - 19 U.S.C. ˙˙ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor    [ ] U.S. Secretary of Commerce    [ ] U.S. Secretary of Agriculture

**28 U.S.C. ˙ 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. ˙ 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. ˙ 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. ˙ 1677f(c)(2)**

Agency: [ ] U.S. International Trade Commission    [ ] Administering Authority

**28 U.S.C. ˙ 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. ˙ 1641 - or Section 499 - 19 U.S.C. ˙ 1499**

[ ] Sec. 641(b)(2)    [ ] Sec. 641(b)(3)    [ ] Sec. 641(c)(1)    [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)    [ ] Sec. 641(d)(2)(B)    [ ] Sec. 499(b)

**28 U.S.C. ˙ 1581(h) - Ruling relating to:**

☐ Classification    ☐ Valuation    ☐ Restricted Merchandise

☐ Rate of Duty    ☐ Marking    ☐ Entry Requirements

☐ Drawbacks    ☐ Vessel Repairs    ☐ Other: _____

---

**28 U.S.C. ˙ 1581(i) -** *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

---

**28 U.S.C. ˙ 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

    ☐ Sec. 592    ☐ Sec. 593A    ☐ Sec. 641(b)(6)

    ☐ Sec. 641(d)(2)(A)    ☐ Sec. 704(i)(2)    ☐ Sec. 734(i)(2)

[ ] (2) Recover upon a bond

[ ] (3) Recover customs duties

---

### R E L A T E D    C A S E(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: | | | |
| ☐ Pending: | | | |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013.)