IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LISA W. WANG, JUDGE

| | | |
|---|---|---|
| ROYAL GOVERNMENT OF CAMBODIA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | Court No. 25-00173 |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN ALLIANCE FOR SOLAR | ) | |
| MANUFACTURING TRADE COMMITTEE, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**ORDER**

Upon consideration of defendant's motion for a stay of the deadline to file the administrative record, it is hereby

ORDERED that defendant's motion is GRANTED.


Dated: _____, 2025            _____
New York, N.Y.                                                    JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LISA W. WANG, JUDGE

| | | |
|---|---|---|
| ROYAL GOVERNMENT OF CAMBODIA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | Court No. 25-00173 |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN ALLIANCE FOR SOLAR | ) | |
| MANUFACTURING TRADE COMMITTEE, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**MOTION FOR A STAY, OUT OF TIME, OF DEADLINE TO RESPOND TO FILE THE ADMINISTRATIVE RECORD IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the October 1, 2025, deadline for the Department of Commerce to have filed the administrative record in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Commerce.  The Department of Justice does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Commerce has *no personnel* who will be excepted to work on matters before the Court.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the October 1, 2025, deadline to file the administrative record until Congress has restored appropriations to the Department. We apologize that this motion is out of time. On October 1 – the due date for the record – the Commerce counsel assigned to this case was furloughed and Department of Justice counsel overlooked the deadline during the very limited time he was permitted to complete an orderly shutdown of activities.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      We emailed counsel for plaintiff and defendant-intervenor the afternoon of October 3, 2205, regarding this motion. Stephen Morrison indicated that defendant-intervenors consent to this motion. Plaintiff has not responded and although we would normally allow more time for a response, given that the motion is out of time, and that we have represented to the Court that we will file this motion immediately, we are filing this motion without having heard from plaintiff.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 1, 2025 deadline to respond to remand comments until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Daniel Bertoni by /s/ Claudia Burke
DANIEL BERTONI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-880-0336
E-mail: daniel.bertoni@usdoj.gov

October 3, 2025                    *Attorneys for Defendant, United States*