**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| ROYAL GOVERNMENT OF CAMBODIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE,<br><br>Defendant-Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 25-00173 |

**NOTICE OF SUBSTITUTION**

    PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Rebecca T. Mitchell, hereby enters an appearance as the principal attorney of record for defendant, the United States, in place of Daniel Bertoni, who has left the Department.  Mr. Bertoni should be terminated as counsel for the case.

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director


/s/ Rebecca T. Mitchell
REBECCA T. MITCHELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0467
Email: Rebecca.Mitchell@usdoj.gov

November 18, 2025                    *Attorneys for Defendant United States*