IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| ROYAL GOVERNMENT OF CAMBODIA., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> )   No. 25-00173 <br> UNITED STATES, ) <br> ) <br>     Defendant, ) <br> ) <br> and ) <br> ) <br> AMERICAN ALLIANCE FOR SOLAR ) <br> MANUFACTURING TRADE COMMITTEE, ) <br> ) <br>     Defendant-Intervenor. ) | |

**ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby

ORDERED that the Department of Commerce shall file the administrative record index by November 26, 2025, and it is further

ORDERED that the parties must file their joint status report by December 10, 2025.


Dated: _____, 2025
      New York, NY                                                     JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | | |
|---|---|---|
| ROYAL GOVERNMENT OF CAMBODIA., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | No. 25-00173 |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 3, 2025, order, the parties respectfully submit this proposed schedule of revised briefing deadlines:

1. The Department of Commerce shall file the administrative record index by **November 26, 2025**.

2. The parties shall file their joint status report by **December 10, 2025**.

November 24, 2025

Respectfully submitted,

/s/Mark B. Lehnardt
Mark B. Lehnardt
Davis & Leiman
1025 Connecticut Ave., N.W., Ste.1012
Washington, D.C. 20036
(202) 642-4850
MLehnardt@DLTrade.com

*Counsel for plaintiff*

|  |  |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Franklin E. White, Jr. by /s/ Claudia Burke<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| KARL MUELLER<br>Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel For Trade Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230<br>Tel:  (202) 893-3841<br>Email:  karl.mueller@trade.gov | /s/ Rebecca T. Mitchell<br>REBECCA T. MITCHELL<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel:  (202) 616-0467<br>Email:  Rebecca.Mitchell@usdoj.gov<br><br>*Counsel for defendant* |

/s/ Timothy C. Brightbill
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Stephanie M. Bell, Esq.
Kimberly A. Reynolds, Esq.
Stephen A. Morrison, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the American Alliance for Solar Manufacturing Trade Committee*