# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

|  |  |
|---|---|
| ROYAL GOVERNMENT OF CAMBODIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR<br>MANUFACTURING TRADE COMMITTEE,<br><br>Defendant-Intervenor. | Court No. 25-00173 |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rules 6(b) and 7(b) of the Rules of the U.S. Court of International Trade (USCIT R.), defendant, the United States, respectfully requests an extension of time of 40 days, to and including August 3, 2026, within which the Government may file its response brief. The Government's response is currently due June 24, 2026. *See* Amended Scheduling Order, Mar. 6, 2026, ECF No. 28. We have not previously requested an extension of time. Undersigned counsel certifies that she has in good faith conferred, on June 15, 2026, with plaintiff's counsel, Mr. Mark B. Lenhardt, and defendant-intervenor's counsel, Mr. Stephen Morrison, who have each indicated that they do not oppose this request.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4)

("A schedule may be modified only for good cause and with the Judge's consent.").  Good cause exists to grant this extension.  Undersigned counsel is still consulting with the agency regarding an appropriate response.  Despite counsel's diligent efforts to prepare defendant's response brief by the current deadline, undersigned counsel has been occupied with commitments in numerous other matters.

On March 11, 2026, the Court in *Assan Aluminyum Sanayi Ve Ticaret A.S. v. United States*, Ct. Int'l Trade No. 21-00246, requested the United States submit answers to questions regarding the parties' comments on the third remand results, which undersigned counsel was required to file by 5:00 p.m. on March 26, 2026.  On April 6, 2026, undersigned counsel filed a formal response brief in *Hart v. Collins*, Fed. Cir. No. 25-2149.  For the rest of that week, undersigned counsel had to prepare for oral argument in a bid protest, *ASET Partners Corp. v. United States*, Fed. Cl. No. 25-2033, which she presented on April 10, 2026.  That same week, undersigned counsel was assigned another bid protest, *TransOx v. United Sates*, Fed. Cl. No. 26-499, in which she was required to propose a schedule by April 13, 2026.  The week of April 20, 2026, undersigned counsel assisted the lead counsel for *BEAT-LDI JV LLC v. United States*, Fed. Cl. Nos. 25-82, 25-95, 25-152, 25-172, 25-213, 25-225, 25-295, in preparing for oral argument and supported lead counsel throughout oral argument on April 24, 2026.

On May 5, 2026, undersigned counsel filed an brief in *Duong v. Office of Personnel Management*, Fed. Cir. No. 26-1418, and the administrative record in a bid protest, *TransOx, Inc. v. United States*, Fed. Cl. No. 26-499.  Undersigned counsel also filed the administrative record in *Bowerman v. United States*, Fed. Cl. No. 26-318, on May 11, 2023.  On May 19, 2026, undersigned counsel filed the United States' answer in *Toro Defense Contracting, LLC v. United*

*States*, Fed. Cl. No. 26-8.  Further, on June 4, 2026, undersigned counsel presented oral argument in *Stiles v. Collins*, Fed. Cir. No. 24-2252.

In addition to these filing deadlines, undersigned counsel has dedicated a substantial portion of her time to a case in discovery, *Portland Mint v. United States*, Fed. Cl. No. 20-518. Discovery closes in that case on June 30, 2026.  Since late March, undersigned counsel has expended significant efforts to coordinate and conduct the collection and review of thousands of documents for that case in an effort to complete document production by May 29, 2026.  That effort has occupied a large portion of undersigned counsel's time because many of the documents collected include privileged and confidential materials, such as law-enforcement-sensitive documents.  Further, for this case, undersigned counsel has been engaged with preparing the United States' response for a complex discovery dispute that required a site visit and nearly two-month investigation into the allegations raised during the dispute.  Combined with these fact discovery issues, undersigned counsel has also been required to attend to expert discovery, which must be completed by that same June 30, 2026 deadline.

In addition to these continuing commitments in the *Portland Mint* litigation, undersigned counsel files bi-weekly status reports providing detailed updates of the progress of discovery for the court.  Undersigned counsel is also in the process of facilitating the preparation of an extremely large privilege log, addressing additional discovery concerns, and participating in good-faith settlement discussions.  All of these commitments, many of which were more time-consuming than undersigned counsel originally anticipated, have accordingly prevented undersigned counsel from dedicating the time necessary for preparing the response in this case.

Upcoming commitments also prevent undersigned counsel from requesting a shorter extension of time.  On June 22, 2026, undersigned counsel must file a brief in *Jiangxi Brother*

*Pharmaceutical Co. Ltd. v. United States*, Ct. Int'l Trade No. 25-187.  On July 6, 2026, undersigned counsel must file:  (1) a cross-motion for judgment on the administrative record in *Bowerman v. United States*, Fed. Cl. No. 26-318; (2) a brief in *Ellis v. United States*, Fed. Cir. No. 2026-1814; and (3) a brief in *Thomas v. Department of Veterans Affairs*, Fed. Cir. No. 2026-1448.  Undersigned counsel must also file a response brief in *Ditar, S.A. v. United States*, Ct. Int'l Trade No. 24-130, by July 10, 2026.  Additionally, undersigned counsel will be on pre-planned leave from July 18, 2026 through July 25, 2026.

For these reasons, we respectfully request that the Court grant our unopposed motion for a 40-day extension of time, to and including August 3, 2026, within which the Government may file its response brief.  A proposed Order reflecting this change and corresponding changes in the briefing schedule, as discussed with counsel for plaintiff and defendant-intervenor, is respectfully submitted with this submission.

4

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Rebecca T. Mitchell
REBECCA T. MITCHELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0467
Email: Rebecca.Mitchell@usdoj.gov

June 15, 2026                        *Attorneys for Defendant*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

|  |  |
|---|---|
| ROYAL GOVERNMENT OF CAMBODIA, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 25-00173 |
| Defendant, | ) |
| and | ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | ) |
| Defendant-Intervenor. | ) |

## AMENDED SCHEDULING ORDER

Upon consideration of defendant's unopposed motion to amend scheduling order, and all other papers and proceedings in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the schedule is modified as set forth below:

| **FILING** | **DUE DATE** |
|---|---|
| Defendant's Responses | August 3, 2026 |
| Defendant-Intervenor's Response | September 21, 2026 |
| Plaintiff's Reply | October 23, 2026 |
| Joint Appendix | November 5, 2026 |

Dated:

New York, New York                    Lisa W. Wang, Judge